# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION



Michael J. Mirras
  Plaintiff

Case no. CV-06-PWG-0568-S

vs.

Arrow Financial Services
Defendant

## MOTION FOR ORDER OF DISMISSAL

COMES NOW THE PLAINTIFF:

Michael J. Mirras, having reached a settlement agreement with the Defendant Arrow Financial Services of Niles, IL. Hereby Motions the Court for Dismissal of this action.

**IT IS HEREBY** requested by the Plaintiff Michael J. Mirras that a **Motion of Dismissal WITH PREJUDICE** be entered in the above case pending before this honorable court.

Dated this the 26th day of April, 2006.

*[signature]*

Michael J. Mirras, Plaintiff
12484 Windy Ridge Drive
McCalla, AL. 35111-2800
205-938-1982

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

Michael J. Mirras
  Plaintiff

Case no. CV-06-PWG-0568-S

vs.

Arrow Financial Services
Defendant

## ORDER OF DISMISSAL

Michael J. Mirras, Plaintiff, having requested a dismissal of this case **WITH PREJUDICE.**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the parties involved having reached a amicable settlement agreement that any and all claims against Arrow Financial Services of Niles, IL. be **DISMISSED WITH PREJUDICE.**

Dated this the _____ day of _____ 2004.

_____
United States District Court Judge